(47 App. Div. 221.)

### FREDERICK v. CITY OF JOHNSTOWN et al.

(Supreme Court, Appellate Division, Third Department. January 8, 1900,)

APPEAL—EXCEPTIONS.

     Where exceptions are not filed to the decision and findings of the trial court, as required by Code Civ. Proc. § 994, nor statement made that the case contains all the evidence, the appellate court will review neither the law nor the facts.

Appeal from trial term, Fulton county.

Action by Abram Frederick against the city of Johnstown and others. From a judgment for defendants, plaintiff appeals. Affirmed.

Action to enforce a mechanic's lien against a fund held back by the city of Johnstown upon a contract for street improvements made with defendant John F. Harris, Jr. The plaintiff was employed upon the work by Harris. Prior to the commencement of the work, the contract, and all the money to be paid under it, were assigned to defendant Gardner Coffin. The action was tried before the court without a jury, and a decision made by the court with specific findings of fact and law, and judgment thereon was entered against plaintiff. No exceptions were filed to the decision or to the findings, and no statement is made that the case contains all the evidence.

Argued before PARKER, P. J., and LANDON, HERRICK, MERWIN, and KELLOGG, JJ.

M. D. Murray (R. P. Anibal, of counsel), for appellant.
Bloodgood & Tallmadge (Clarence E. Bloodgood, of counsel), for respondents.

PER CURIAM. By failure to file exceptions, as provided for by section 994 of the Code, as no statement is made that this case contains all the evidence, the appellant does not call upon this court to review either the facts or the law. Otten v. Railroad Co., 150 N. Y. 400, 44 N. E. 1033; Waydell v. Adams, 23 App. Div. 508, 48 N. Y. Supp. 635. The exceptions taken upon the trial to the admission and to the exclusion of testimony do not call for a reversal.

Judgment affirmed, with costs.